# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JEFFREY COMANDINI,

    Plaintiff,

v.                                           Case No. 8:19-cv-3101-TPB-JSS

GREYSTONE HEALTHCARE
MANAGEMENT CORP., GREGG
HOPPER and CONNIE BESSLER,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the report and recommendation of Julie S. Sneed, United States Magistrate Judge, entered on April 8, 2021. (Doc. 37). Judge Sneed recommends that the "Joint Motion for Approval of Settlement Agreement" (Doc. 31) and supplemental motion for approval of the settlement agreement (Doc. 36) be granted and that the settlement agreement be approved.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and

recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon consideration of the record, including Judge Sneed's report and recommendation, the Court adopts the report and recommendation. The Court agrees with Judge Sneed's detailed and well-reasoned findings and conclusions, including that the settlement agreement constitutes a fair and reasonable compromise of the dispute. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Consequently, the motion to approve the settlement agreement is granted, and the settlement agreement is approved.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. Judge Sneed's report and recommendation (Doc. 37) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.
2. The "Joint Motion for Approval of Settlement Agreement" (Doc. 31) and the supplemental motion (Doc. 36) are **GRANTED**.
3. The Settlement Agreement and Release (Doc. 31-1) and Addendum (Doc. 36-1) are **APPROVED**.
4. This action is **DISMISSED WITH PREJUDICE**.
5. The Clerk is directed to terminate any pending motions or deadlines and

thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 30th day of April, 2021.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**